WALTER CLAYTON, Appellant, v. RYNDALE CORPORATION, Respondent.— Same decision and like cause of action as in companion case of *Clayton* v. *Ryndale Corp.* (*ante*, p. 971, decided herewith). Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

HELEN G. KRELL, Respondent, v. JOHN H. KRELL, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action under a separation agreement.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [192 Misc. 1.] [See *post*, p. 1029.]

JOSEPH MICALE et al., Suing on Behalf of Themselves and All Other Land Owners Similarly Situated Whose Properties Have Been Appropriated by Defendants, Appellants, v. ROBERT L. RICE et al., Constituting the Commissioners of the Niagara Frontier State Park Commission, Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughn and Kimball, JJ. [See *ante*, p. 963.]

## FIRST DEPARTMENT, DECEMBER, 1948.
## (December 1, 1948.)

In the Matter of JOHN A. MULLEN, Individually and as Candidate of the Democratic Party for the Office of Surrogate of New York County, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York and the Board of Canvassers of the City and County of New York, et al., Respondents.— Order unanimously affirmed and leave to appeal to the Court of Appeals granted. All proceedings on the part of the respondents are stayed pending an immediate application to the Court of Appeals for a further stay. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [193 Misc. 334.]